# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Robert Hunt

               V.                          **JUDGMENT IN A CIVIL CASE**

Detective Schneider and the San Diego Police Chief

                                           **CASE NUMBER:**    07cv355 BEN(CAB)

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court adopts the Report and Recommendation in full and grants defendant's motion to dismiss the Second Amended Complaint. Plaintiff's claims against Detective Schneider and the San Diego Police Chief are dismissed with prejudice........................................................................................................

| April 23, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/J. Hathaway |
| | (By) Deputy Clerk |
| | ENTERED ON April 23, 2008 |